## COLLINS v. ÆTNA ACCIDENT & LIABILITY CO.

(Supreme Court, Appellate Term, First Department. June 17, 1913.)

COSTS (§ 42*)—INEFFECTUAL TENDER—EFFECT.
  Defendant's insufficient tender will not entitle him, on prevailing, to
  costs, and an order of judgment for plaintiff for the amount of the ten-
  der should carry appropriate costs.
  [Ed. Note.—For other cases, see Costs, Cent. Dig. §§ 137–164; Dec. Dig.
  § 42.*]

Appeal from Municipal Court, Borough of Manhattan, Fourth District.

Action by William R. Collins against the Ætna Accident & Liability Company. From a judgment for defendant, plaintiff appeals. Modified and affirmed.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Argued May term, 1913, before LEHMAN, BIJUR, and WHITAKER, JJ.

James F. McNaboe, of New York City (Charles J. Holland, of New York City, of counsel), for appellant.

James B. Henney, of New York City (Floyd K. Diefendorf, of New York City, of counsel), for respondent.

PER CURIAM. The defendant at the trial attempted to tender the sum of $38 to the plaintiff, representing $36 for damages and $2 for costs. The tender was concededly not made in accordance with the provisions of the Municipal Court Act and was therefore ineffective.

The judgment in favor of the defendant for $20 costs should therefore be modified, to the extent that judgment is ordered for the plaintiff for the sum of $36, with appropriate costs, and the judgment, as modified, affirmed, without costs to either party upon this appeal. All concur.